IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PHILLIP MARC FABRE,

             Plaintiff,

v.

EAMON O'BRIEN, JASON MCLAUGHLIN, KELLY JONES, ERIC STONEBERG, AND JASON WATERBURY,

             Defendants.

3:11-cv-01379-BR

JUDGMENT OF DISMISSAL

Based upon the filing of Plaintiff's Conditional Withdrawal of Complaint [33] filed July 2012, and Plaintiff's representation at a telephonic hearing on July 25, 2012, this matter is hereby **DISMISSED without prejudice** and without costs or attorneys' fees to either party.

Dated this 30th day of July, 2012.

                           /s/ Anna J. Brown
                           ANNA J. BROWN
                           United States District Judge