IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| PHILLIP MARC FABRE, | 3:11-cv-01379-BR |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| EAMON O'BRIEN, JASON MCLAUGHLIN, KELLY JONES, ERIC STONEBERG, AND JASON WATERBURY, | |
| Defendants. | |

Based upon the filing of Plaintiff's Conditional Withdrawal of Complaint [33] filed July 2012, and Plaintiff's representation at a telephonic hearing on July 25, 2012, this matter is hereby **DISMISSED without prejudice** and without costs or attorneys' fees to either party.

Dated this 30th day of July, 2012.

*/s/ Anna J. Brown*
ANNA J. BROWN
United States District Judge

JUDGMENT OF DISMISSAL